# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

PEDRO V. MARTINEZ,                )
                                  )
         Petitioner,              )
                                  )
    v.                            )         No. CIV-07-163-FHS
                                  )
BRUCE HOWARD, Warden,             )
                                  )
         Respondent.              )

## OPINION AND ORDER

On July 30, 2008, the United States Magistrate Judge for this District filed Findings and Recommendations in this case recommending the court dismiss this action. On August 11, 2008, the Petitioner filed an objection to the Findings and Recommendations.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 18TH day of August, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma